# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0769

_____

CARLTON BERNARD JULY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


January 23, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carlton Bernard July, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.